IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TINA DUNCAN, on behalf of<br>GABRIEL DOW, | No. CV. 3:10-3084-AC |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration, | |
| Defendant. | |

Philip W. Studenberg
ATTORNEY AT LAW
200 Pine Street
Klamath Falls, OR 97601

      Attorney for Plaintiff

/ / /

/ / /

/ / /

1 - ORDER

Adrian L. Brown
U.S. ATTORNEY'S OFFICE
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204

Willy M. Le
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98104

        Attorneys for Defendant

HERNANDEZ, District Judge:

      Magistrate Judge John V. Acosta issued a Findings and Recommendation (doc. #14) on November 21, 2011, in which he recommends that the Commissioner's final decision in connection with Plaintiff's November 17, 2007, application for supplemental security income benefits ("SSI Benefits") be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record <u>de novo</u>. <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); <u>see also</u> <u>United States v. Bernhardt</u>, 840 F.2d 1441, 1444 (9th Cir. 1988) (<u>de novo</u> review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles <u>de novo</u>, I find no error.

/ / /

/ / /

2 - ORDER

CONCLUSION

The court ADOPTS Magistrate Judge Acosta Findings and Recommendation (doc. #14). Accordingly, the Commissioner's final decision in connection with Plaintiff's November 17, 2007, application for SSI Benefits is affirmed.

IT IS SO ORDERED.

DATED this   22nd   day of  December            , 2011.


                              /s/ Marco A. Hernandez
                              MARCO A. HERNANDEZ
                              United States District Judge